UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Greeneville,


FILED
SEP 1 1 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

ALAN David Cooper )
)
_____ )
)
_____ )
Name of plaintiff (s) )
)
v. ) Case No. 2:23-cv-118
) (to be assigned by Clerk)
Bart Brellenthin ) Judge Crytzer
Breena Effertz ) Magistrate Judge Wyrick
)
_____ )
Name of defendant (s) )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

IRS agents listed above are using penalty statutes to take funds from plaintiffs social security funds and pension funds.

2. Plaintiff, ALAN David Cooper resides at 86 Buckingham Ct., Space 40, Greeneville, TN
   street address                                       city

Greene , TN , 37745 , 715-491-6905
county    state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, BarT BreLLANTHIN lives at, or its business is located at
1550 American Blvd EasT, Bloomington,
street address STE 500 M/S 5138
county HeNNEPIN, MINN. state, 55425 zip code.

(if more than one defendant, provide the same information for each defendant below)
As above - Same LocatIoN

Breena EFFertS

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

The above-listed defendants, first by Breena EFFERtS, and then continued on by Bart Bnellenthin, used penalty statutes aka Civic Penalty Statutes [CPU] to take funds from Plaintiffs pension and social security without any basis under federal statutes & CFR Codes.

See attached statutes and evidence. Twenty-three pages.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Return all monies taken from Plaintiffs pension fund
   b. Return all monies taken from Petitioners social security payments to date
   c. 
   d. assess treble damages for all funds taken and any other pertinent damages available to the Petitioner. and assess damages against all penalties listed

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 31 5T day of August, 20 23.

Alan David Cooper

Signature of plaintiff (s)

86 Buckingham Court
Space #41
Greeneville, TN 37745

3

# DOCUMENTION TO SUPPORT RULE 12 ( c ) Motions for Judgment on the Pleadings by the Plaintiff.

Now comes the Plaintiff, and asserts that the defendant(s) have failed to provide any evidence that any tax was due for any year 1964 through 2023 to date as none was shown as their claims were only applied and funds taken as penalties for all months in question.

1) Defendants Brellenthin and Effertz, unknown to Plaintiff other than being in located in and operating out of the same office, placed liens and took funds via using 26 USC 6301 Collection Authority, 6331 - 43 Levy and Distraint, 6671 Penalty Assessed and 6702 Frivolous Return Penalty [ FRP ].

2) Defendants, operating out of the same location, used the 6702 FRP to take funds from the Vanguard Fiduciary Trust Fund beginning with the June 2019 payment of $ 207.56 and continuing thereafter to date.

3) Defendants Brellenthin and Effertz, both either separtly or together, used Civil Penalty Statutes [ CIVPEN ] to create fraudulent entries and then notified the SSA [ Social Security Adminisration ] various amounts beginning in 2011, and continuing thereafter to date. Any and all amounts over the base rate were to be sent from the following location: Great Lakes Program Service Center to the following location: Department of the Treasury, Internal Revenue Service, Small Business / Self Employed Division, 1550 American BLVD EAST, STE 500 M/S 5128, Bloomington, MN 55425. [ see copy attached ].

4) All of the amounts shown in LTR 3174 are LISTED as CIVPEN; All amounts referred to in LTR 1058 are referenced.

5) All of the amounts referred to in LTR 4052 are LISTED as CIVPEN;

6) Pension Funds are to be disbursed from Vanguard Fiduciary Trust Company, P.O. 960, Valley Forge, PA 19482 - 0960.

7) The last payment this plaintiff received was on May 1, 2019.

8) Social Security payments are to be disbursed on the 3rd of each month. The last time a full payment was made was for the month of June, 2012. The address of the SSA Retirement office is as follows:
Great Lakes Program Service Center, 600 West Madison Street, Chicago, Illinois 60601 - 2474.

9) Title 42, Chapter 7, Sub. 7, > Section 407 Assignment of benefits. See (a).

10) See 26 CFR SECT. 31.3402(p) - 1 Voluntary <u>withholding</u> agreements attached.

11) See Table 1 : Enforcement Regulations [ CFR is ATF Regulations ];

12) See Title 26 SECT 6331 - Levy and distraint (a)

13) See Delegation Order under Section 301.6020 - (b);

14) See Statute + REGULATION = LAW FOR TITLE 26

15) See Statute 26 USC Section 7801 - 7803 Authority of the Commissioner; and See Title 44, USC Section 1505 - 1510 and U.S V Mersky (361 U.S. 431)

16) See Great Lakes Program Service Center Notice of August 14, 2023. NOTE: The Petitioner / Plaintiff has received similar notices each January since 2012.

17) NOTICE OF FACTS

18) LETTER 3174 DATED 01/13/2020 FROM BART BRELLENTHIN;

19) LETTER 1058 DATED 01/23/2020 FROM BART BRELLENTHIN;

20) LETTER 4052 DATED 09/29/2016 FROM BREENA K. EFFERTZ;

21) FORM 668 (Y)(c) DATED 19TH DAY OF OCT, 2017 BY JEAN HACK for ~~BREENA K. EFFERTZ~~;

22) LETTER FROM PLAINTIFF TO BREENA K. EFFERTZ AUG. 14TH, 2017;

23) Total estimate taken to date from Plaintiff's Pension Plan is $10, 973.00;

24) Total estimate taken to date from Plaintiff's Social Security Benefits from January 2012 to September 3rd 2023 inclusive is $ 110,000.00

25) Total estimate taken previosly from Plaintiff's private work 2011 to 2018 is $8,000.00 .

26) Final amount estimated taken by deceit, craft, and trickery is $130,000.00 to date.

Dated and signed this 21st day of August, 2023 at Greeneville, Tennessee by

_____

Alan David Cooper, as Plaintiff - Petitioner, Pro se

# Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading was served on the following persons:

1. Bart Brellenthin
   IRS Agent
   1550 American BLVD East
   STE 500 M/S 5128
   Bloomington, MN 55425

   Certified # 7022-2410-0003-4058-4930

2. Breena Effertz
   IRS Agent
   1550 American BLVD East
   STE 500 M/S 5128
   Bloomington, MN 55425

   Certified # 7022-2410-0003-4058-4954

by depositing same in the United States mail as Certified Mail, Restricted Delivery, and returning a true copy of the card to the Clerk of Court in person on the _____ day of September, 2023.

_____

Alan David Cooper
86 Buckingham Court
Space # 41
Greeneville, Tennessee 37745
(715) 491-6905

# List of Supporting Attachments

1. Title 42 Sub 11, Section 407 Assignments of benefits a) b) c) ;
2. 26 CFR Sect. 31.3402(p) - 1 Voluntary <u>withholding</u> agreements. pgs. 2-4;
3. Table 1: Enforcement Regulations [ 27 CFR is ATF Regs. ] Pg. 5
4. 26 USC Section 6331 (a) Levy and distraint (a)     Pg. 6
5. Authority To Execute Returns     Pg. 7
6. Statute + Regulation = Law     Pg. 8 - 9
7. Notice from SSA of August 14     Pg. 10
8. NOTICE OF FACTS     Pg. 11
9. Letter 3174 from Bart Brellenthin of 01/13/2020     Pg. 12 - 13
10. Letter 1058 " " " of 01/23/2020     Pg. 14 - 17
11. Letter 4052 " Breena K Effertz of 09/29/2016     Pg. 19-20
12. Letter Form 668(Y)(c) " " " of 10/19/2017     Pg. 21
13. Letter by Alan Cooper to IRS KCSC c/o DeAnn Bender and IRS Bloomington, MN c/o Breena K Effertz by Alan Cooper     Pg. 22-23

14. DOCUMENTATION TO SUPPORT RULE 12 (c) Motion for Judgment on the Pleadings by the Plaintiff,     Pgs. 1 - 3