UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ALAN DAVID COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.:   2:23-CV-118-KAC-CRW |
| v. | ) | |
| | ) | |
| BART BRELLENTHIN, and | ) | |
| BREENA EFFERTZ, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In the Order Adopting Report & Recommendation [Doc. 8], the Court **DISMISSED**

Plaintiff's claims against Defendants **with prejudice**. The Court **DIRECTS** the Clerk to close

this case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
 *s/ LeAnna R. Wilson*
 CLERK OF COURT